IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01572-BNB

STEVEN MICHAEL TULLER,

    Plaintiff,

v.

BILL RITTER, JR.,
ARISTEDES ZAVARAS,
DR. STONER,
PATRICIA VAUGHT, and
SUSAN JONES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2008

GREGORY C. LANGHAM

## ORDER OF DISMISSAL

Plaintiff Steven Michael Tuller submitted *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner's Complaint. The Court reviewed the documents pursuant to D.C.COLO.LCivR 8.2, and on July 25, 2008, directed the clerk of the Court to commence a civil action and directed Mr. Tuller to show cause within thirty days why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g) (2006). On August 11, 2008, Mr. Tuller filed his response to the order to show cause.

The Court must construe liberally the response to the show-cause order filed by Mr. Tuller because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110.

Mr. Tuller seeks leave to proceed without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In relevant part, this statute provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). For the purposes of this analysis, the Court may consider actions or appeals dismissed prior to the enactment of 28 U.S.C. § 1915(g). *Green v. Nottingham*, 90 F.3d 415, 420 (10th Cir. 1996).

Although Mr. Tuller alleges that he is under imminent danger of serious physical injury, he does not support this allegation with facts. A review of this Court's records reveals that, while he was a prisoner, Mr. Tuller has, on three or more prior occasions, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted. *See Tuller v. Neal*, No. 95-cv-02396-DBS (D. Colo. Jan. 4, 1996) (dismissed as legally frivolous), *aff'd*, No. 96-1049 (10th Cir. Dec. 19, 1996) (appeal dismissed as legally frivolous), *cert. denied*, 520 U.S. 1232 (1997); *see also Tuller v. Neal*, No. 96-cv-00678-DBS (D. Colo. Apr. 5, 1996) (dismissed as legally frivolous), *appeal dismissed*, No. 96-1163 (10th Cir. Jan. 16, 1997); and *Tuller v. Lawrence*, No. 02-cv-

02414-ZLW (D. Colo. Feb. 25, 2003) (dismissed as legally frivolous). Therefore, Mr. Tuller will be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). Accordingly, it is

ORDERED that Plaintiff, Steven Michael Tuller, is denied leave to proceed pursuant to 28 U.S.C. § 1915(g) because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) he fails to establish that he is under imminent danger of serious physical injury. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice.

DATED at Denver, Colorado, this 20 day of Aug., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01572-BNB

Steven Michael Tuller
Prisoner No. 76479
Centennial Corr. Facility
PO Box 600
Cañon City, CO 81215- 0600

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/22/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk